Thomas P. Riley, SBN 194706
LAW OFFICES OF THOMAS P. RILEY, P.C.
First Library Square
1114 Fremont Avenue
South Pasadena, CA 91030-3227

Tel: 626-799-9797
Fax: 626-799-9795
TPRLAW@att.net

Attorneys for Plaintiff
Joe Hand Promotions, Inc.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| Joe Hand Promotions, Inc., | CASE NO. CV 11-03895 SC |
|---|---|
| Plaintiff, | STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS RAYMOND MOLINA, individually and d/b/a THE FOREST CLUB, and THE FOREST CLUB, INC., an unknown business entity d/b/a THE FOREST CLUB |
| vs. | |
| Raymond Molina, et al., | |
| Defendants. | |

IT IS HEREBY STIPULATED by and between Plaintiff JOE HAND PROMOTIONS, INC. and Defendants RAYMOND MOLINA, individually and d/b/a THE FOREST CLUB, and THE FOREST CLUB, INC., an unknown business entity d/b/a THE FOREST CLUB that the above-entitled action is hereby dismissed **with prejudice** against RAYMOND MOLINA, individually and d/b/a THE FOREST CLUB, and THE FOREST CLUB, INC., an unknown business entity d/b/a THE FOREST CLUB.

///

///

///

This dismissal is made pursuant to Federal Rules of Civil Procedure 41(a)(1). Each Party referenced-above shall bear its own attorneys' fees and costs.

Dated: April 17, 2012

LAW OFFICES OF THOMAS P. RILEY, P.C.
By: Thomas P. Riley
Attorneys for Plaintiff
JOE HAND PROMOTIONS, INC.

Dated: April 18, 2012

LAW OFFICES OF DAVID M. KINDOPP
By: David M. Kindopp
Attorneys for Defendants
RAYMOND MOLINA, individually and d/b/a
THE FOREST CLUB, and
THE FOREST CLUB, INC., an unknown business
entity d/b/a THE FOREST CLUB

**IT IS SO ORDERED:**

IT IS SO ORDERED
Judge Samuel Conti

Dated: 4/19/12

The Honorable Samuel Conti
United States District Court
Northern District of California

STIPULATION OF DISMISSAL
CV 11-03895 SC
PAGE 2

## PROOF OF SERVICE (SERVICE BY MAIL)

I declare that:

I am employed in the County of Los Angeles, California. I am over the age of eighteen years and not a party to the within cause; my business address is First Library Square, 1114 Fremont Avenue, South Pasadena, California 91030. I am readily familiar with this law firm's practice for collection and processing of correspondence/documents for mail in the ordinary course of business.

On April 17, 2012, I served:

**STIPULATION OF DISMISSAL OF PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS RAYMOND MOLINA, individually and d/b/a THE FOREST CLUB, and THE FOREST CLUB, INC., an unknown business entity d/b/a THE FOREST CLUB**

On all parties in said cause by enclosing a true copy thereof in a sealed envelope with postage prepaid and following ordinary business practices, said envelope was duly mailed and addressed to:

Mr. David M. Kindopp, Esquire          (Attorneys for Defendants)
LAW OFFICES OF DAVID M. KINDOPP
211 W. Standley Street
Ukiah, CA 95482

I declare under the penalty of perjury pursuant to the laws of the United States that the foregoing is true and correct and that this declaration was executed on April 17, 2012, at South Pasadena, California.

Dated: April 17, 2012

MARIA BAIRD